Leonard FARLEY, Defendant-Appellant,

v.

UNITED STATES of America, Plaintiff-Appellee.

No. 11858.

United States Court of Appeals Sixth Circuit.

Nov. 4, 1953.

Henry C. Lavine, Cleveland, Ohio, for appellant.

John J. Kane, Jr., U. S. Atty., Cleveland, Ohio, for appellee

Before ALLEN, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the record, the briefs of the parties, and the arguments of counsel in open court, and the defense of entrapment being properly before the district court for adjudication as a question of fact, and there appearing no prejudicial error in the conduct of the case or in the judgment of the district court.

Now, therefore, it is ordered, adjudged, and decreed that a judgment of the district court be and is hereby affirmed.

Eugene F. KILGORE, Appellant,

v.

O. B. ELLIS, General Manager, Texas Prison System, State of Texas, Appellee.

No. 14577.

United States Court of Appeals Fifth Circuit.

Nov. 24, 1953.

Eugene F. Kilgore, in pro. per.

Willis E. Gresham, Asst. Atty. Gen., of Tex., for appellee.

Before HUTCHESON, Chief Judge, and BORAH and RIVES, Circuit Judges.

PER CURIAM.

This is an attempt to appeal from an order refusing to issue the writ of *habeas corpus* as prayed for by a prisoner seeking release from State custody where he is held pursuant to State process. The district judge permitted the appeal *in forma pauperis*, but declined to issue a certificate of probable cause.

Upon our examination of the record to determine whether such a certificate should be issued and the appeal allowed, we find that the contentions made are without merit. We, therefore, decline to issue a certificate of probable cause, and accordingly dismiss the appeal.

Dismissed.